IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-493-KDB-DCK

| OPTO ELECTRONICS CO., LTD., | ) |  |
|---|---|---|
| **Plaintiff,** | ) |  |
| v. | ) | **ORDER** |
| HONEYWELL INTERNATIONAL INC., et al., | ) |  |
| **Defendants.** | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Stay Discovery and Rule 26 Conference" (Document No. 30) filed July 22, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Bell's chambers, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Stay Discovery and Rule 26 Conference" (Document No. 30) is **GRANTED**. This matter is hereby **STAYED** pending disposition of "Plaintiff's Motion For Judgment On The Pleadings" (Document No. 28). The parties shall conduct an Initial Attorney's Conference and file a report on the results within 14 days of the Court's Order regarding Document No. 28.

**SO ORDERED**.

Signed: July 22, 2024

David C. Keesler
United States Magistrate Judge