# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| OPTO Electronics Co., Ltd., ) | | JUDGMENT IN CASE |
| ) | | |
| Plaintiff(s), ) | | 3:24-cv-00493-KDB-DCK |
| ) | | |
| vs. ) | | |
| ) | | |
| ) | | |
| Honeywell International Inc., et al ) | | |
| ) | | |
| Defendant(s). ) | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 13, 2024 Order.

September 13, 2024

*Katherine H. Simon* (signature)

Katherine Hord Simon, Clerk
United States District Court